IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schuster,<br><br>        Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>        Defendant. | No. CV-24-00054-TUC-RCC<br><br>**ORDER** |

On June 6, 2024, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the District Court dismiss this case without prejudice. (Doc. 9 at 2.) Judge Macdonald notified Plaintiff[1] that she had fourteen (14) days from the date of the R&R to file any objections. (*Id.*) She did not file any objection, and the time to do so has now passed.

If neither party objects to a Magistrate Judge's R&R, the District Court is not required to review the recommendation under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a Magistrate Judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed the Complaint (Doc. 1), Order to Show Cause (Doc. 8), and Judge Macdonald's R&R (Doc. 9). Judge Macdonald's conclusions are thorough and well-reasoned. Plaintiff did not serve Defendant Pima County, did not file a response to

---

[1] Defendant Pima County has not been served and, accordingly, never made an appearance in this matter.

1 the Magistrate Judge's Order to Show Cause, and did not file an objection to the R&R
2 recommending dismissing her case. The Court agrees with Judge Macdonald's conclusion
3 that Plaintiff has failed to prosecute her case and dismissal is, therefore, warranted.
4     Accordingly,
5     **IT IS ORDERED** that Magistrate Judge Macdonald's Report and
6 Recommendation is **ADOPTED**. (Doc. 9.) This matter is **DISMISSED WITHOUT**
7 **PREJUDICE**. The Clerk of Court shall docket accordingly.
8     Dated this 24th day of June, 2024.

Honorable Raner C. Collins
Senior United States District Judge